UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
LUIS ARNAUD et al.,

        Plaintiffs,

- against -

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD.

        Defendant.
----------------------------------X

**O R D E R**

19 Civ. 9594 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is hereby

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            June 25, 2020

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE